# Order

**Supreme Court
Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128370

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CARL ANTHONY PLAIR,
        Defendant-Appellant.

SC: 128370
COA: 251535
Genesee CC: 03-011235-FC

_____/

      On order of the Court, the application for leave to appeal the February 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

t0919